STEFANO LUISONI, Respondent-Appellant, v. EDWARD E. BARTH, Individually and as a Trustee of STELLA TRUST, Appellant-Respondent, et al., Defendants.— Order, so far as appealed from, unanimously affirmed. No opinion. Present— Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.

PHILIP GLOBERMAN, Respondent, v. JOSEPH GOLDFEIN et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.

JOSEPH WEBER et al., Respondents, v. HARRY NAGEL et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RONALD MATTEN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

THERESA M. O'CONNELL, Appellant, v. THOMAS J. O'CONNELL et al., Individually and as Executors of MICHAEL E. O'CONNELL, Deceased, Respondents, et al., Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.; Callahan, J., taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARA LEADER, Appellant.— In view of the fine imposed and the fact that the appellant had served part of the prison sentence before release on a certificate of reasonable doubt, the judgment hereby is unanimously modified so as to reduce the prison term to the time already served and, as so modified, affirmed. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES M. BROOKMAN, Appellant.— It appearing that the defendant was resentenced by the Bronx County Court on May 12, 1954, to a term of fifteen years, and that the term of confinement under that sentence has expired, the appeal is unanimously dismissed as moot. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

In the Matter of the Probate of the Will of ROSE A. BABCOCK, Deceased. CHARLES N. HORSTMANN, Respondent; GRACE B. MATTES, Appellant.— Decree unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

LOUIS D. ROBINS, Appellant, v. EDWARD O. FINESTONE, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ. [See 285 App. Div. 805.]